Certificate Number: 03088-PAE-DE-038812420

Bankruptcy Case Number: 19-17356



03088-PAE-DE-038812420

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2024, at 11:24 o'clock AM CDT, Anthony N Tartaglia completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 28, 2024           By:   /s/Brianna M Glynn

                                 Name: Brianna M Glynn

                                 Title: Counselor