Certificate Number: 03088-PAE-DE-038812421

Bankruptcy Case Number: 19-17356



03088-PAE-DE-038812421

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 28, 2024, at 11:24 o'clock AM CDT, Carolanne E Tartaglia completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 28, 2024               By:    /s/Brianna M Glynn

                                       Name:  Brianna M Glynn

                                       Title:  Counselor