United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17356-amc |
| Anthony N. Tartaglia | Chapter 13 |
| Carolanne E Tartaglia | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 29, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony N. Tartaglia, Carolanne E Tartaglia, 224 Shady Brook Drive, Langhorne, PA 19047-8029 |
| 14477274 | + | Bayview Loan Servicing, LLC, c/o Daniel Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14760786 | + | Federal Home Loan Mortgage Corporation, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14430019 | + | PA Department of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14430020 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14430021 | + | Pioneer Capital Soluti, Po Box 719, Anoka, MN 55303-0727 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 30 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14436749 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 30 2024 00:17:00 | BAYVIEW LOAN SERVICING, LLC, c/o Janet M. Spears, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92117-3600 |
| 14430005 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 30 2024 00:17:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14450434 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 30 2024 00:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14430006 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 30 2024 00:17:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 14476960 | | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 30 2024 00:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 4th Floor, Coral Gables, FL 33146-1837 |
| 14454538 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 30 2024 00:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 14430007 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 30 2024 00:17:00 | Bk Of Amer, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14445000 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2024 00:15:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14430008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2024 00:26:56 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |

Case 19-17356-amc   Doc 95   Filed 08/31/24   Entered 09/01/24 00:33:25   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14430009 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 30 2024 00:17:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14550310 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 30 2024 00:17:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14430010 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 30 2024 00:16:35 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14430017 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 00:27:16 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14455301 | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2024 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14432126 | | Email/Text: EBNBKNOT@ford.com | Aug 30 2024 00:18:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14435342 | + | Email/Text: bankruptcies@foxcollection.com | Aug 30 2024 00:18:00 | FOX COLLECTION CENTER, C/O MERCER BUCK ORTHOPAEDICS PC, PO BOX 528, GOODLETTSVILLE, TN 37070-0528 |
| 14759754 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 30 2024 00:18:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14760553 | ^ | MEBN | Aug 30 2024 00:07:13 | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14430011 | + | Email/Text: bankruptcies@foxcollection.com | Aug 30 2024 00:18:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 14430012 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 30 2024 00:17:00 | IRS/ Special Procedures, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14457518 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 30 2024 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14430014 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2024 00:16:33 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14446840 | + | Email/Text: RASEBN@raslg.com | Aug 30 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14430015 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 30 2024 00:17:00 | LAKEVIEW LOAN SERVICING LLC, 4425 PONCE DE LEON BLVD, MS-5-251, CORAL GABLES, FL 33146-1839 |
| 14457374 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2024 00:27:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14430016 | + | Email/Text: EBNBKNOT@ford.com | Aug 30 2024 00:18:00 | Lincoln Automotive Fin, Pob 54200, Omaha, NE 68154-8000 |
| 14432127 | | Email/Text: EBNBKNOT@ford.com | Aug 30 2024 00:18:00 | Lincoln Automotive Financial Services, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14430018 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2024 00:18:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14455073 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2024 00:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714705 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 30 2024 00:17:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 14445088 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14430022 | + | Email/Text: clientservices@remexinc.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 14430023 | ^ MEBN | Aug 30 2024 00:17:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14430024 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 00:07:19 | Stern & Eisenberg, LLP, 1581 Main Street, Ste 200, Warrington, PA 18976-3403 |
| 14430025 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 00:15:39 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14430026 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 00:16:33 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| | | Aug 30 2024 00:26:56 | Syncb/stein Mart Dc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14430013 | ##+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14701883 | ##+ | Nationstar Mortgage LLC, d/b/a Mr. Cooper, c/o BERNADETTE IRACE, Milstead & Associates, 1 East Stow Rd, Marlton, NJ 08053-3118 |
| 14701842 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Bernadette Irace, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper birace@moodklaw.com bkecf@milsteadlaw.com |
| BERNADETTE IRACE | on behalf of Creditor Nationstar Mortgage LLC birace@moodklaw.com bkecf@milsteadlaw.com |
| DANIEL P. JONES | on behalf of Creditor Bayview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor BAYVIEW LOAN SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Community Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

Trust bkgroup@kmllawgroup.com

JIM PEAVLER

    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us

JOHN L. MCCLAIN

    on behalf of Joint Debtor Carolanne E Tartaglia aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN

    on behalf of Debtor Anthony N. Tartaglia aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST

    ecfemails@ph13trustee.com philaecf@gmail.com

ROGER FAY

    on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

Case 19-17356-amc    Doc 95    Filed 08/31/24    Entered 09/01/24 00:33:25    Desc Imaged
Certificate of Notice    Page 4 of 5
District/off: 0313-2    User: admin    Page 4 of 4
Date Rcvd: Aug 29, 2024    Form ID: 138OBJ    Total Noticed: 43

*Form 138OBJ* (6/24)−doc 94 − 87

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Anthony N. Tartaglia )  Case No. 19−17356−amc
   aka TNT Electronic )
 )
   Carolanne E Tartaglia ) Chapter: 13
 )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 29, 2024                                                           For The Court

                                                                                                         Timothy B. McGrath
                                                                                                         Clerk of Court